UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| IN RE VARIOUS SOCIAL SECURITY CASES AFFECTED BY THE SIXTH CIRCUIT DECISION IN HICKS V. BERRYHILL, NO. 17-5206, | ) ) ) ) ) | Civil Case Nos. | |
|---|---|---|---|
| | ) | 0:16-cv-0063-GFVT | 7:16-cv-0191-GFVT |
| | ) | 0:16-cv-0092-GFVT | 7:16-cv-0198-GFVT |
| | ) | 3:18-cv-0006-GFVT | 7:16-cv-0216-GFVT |
| | ) | 5:16-cv-0340-GFVT | 7:16-cv-0242-GFVT |
| | ) | 5:16-cv-0402-GFVT | 7:16-cv-0253-GFVT |
| | ) | 5:16-cv-0456-GFVT | 7:16-cv-0267-GFVT |
| | ) | 7:16-cv-0049-GFVT | 7:16-cv-0294-GFVT |
| | ) | 7:16-cv-0061-GFVT | 7:16-cv-0295-GFVT |
| | ) | 7:16-cv-0063-GFVT | 7:17-cv-0010-GFVT |
| | ) | 7:16-cv-0084-GFVT | 7:17-cv-0017-GFVT |
| | ) | 7:16-cv-0086-GFVT | 7:17-cv-0026-GFVT |
| | ) | 7:16-cv-0110-GFVT | 7:17-cv-0050-GFVT |
| | ) | 7:16-cv-0116-GFVT | 7:17-cv-0069-GFVT |
| | ) | 7:16-cv-0121-GFVT | 7:17-cv-0077-GFVT |
| | ) | 7:16-cv-0139-GFVT | 7:17-cv-0083-GFVT |
| | ) | 7:16-cv-0150-GFVT | 7:17-cv-0121-GFVT |
| | ) | 7:16-cv-0161-GFVT | 7:17-cv-0141-GFVT |
| | ) | 7:16-cv-0172-GFVT | 7:17-cv-0189-GFVT |
| | ) | 7:16-cv-0175-GFVT | 7:18-cv-0005-GFVT |
| | ) ) ) ) ) ) ) ) | **JUDGMENT** | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

1. The Commissioner's motions to remand pursuant to sentence six of 42 U.S.C. § 405 (g) are **DENIED;**

2. The Commissioner's decisions denying the plaintiffs' disability claims on redetermination are hereby **VACATED;**

3.     The plaintiffs' requests to reinstate benefits pending the Commissioner's decision on remand are **GRANTED** consistent with this opinion;

4.     Pursuant to sentence four of 42 U.S.C. § 405(g), these matters are **REMANDED** to the SSA for further proceedings consistent with the Sixth Circuit's decision in *Hicks v. Commissioner of Social Security*, 909 F.3d 786 (6th Cir. 2018);

5.     These matters are **STRICKEN** from the active docket of this Court, to be restored to the active docket upon motion by any party for good cause shown;

6.     Any pending requests for relief in these actions are **DENIED AS MOOT**; and

7.     This is a **FINAL AND APPEALABLE ORDER** and there is **NO JUST CAUSE FOR DELAY**.

This the 15th day of July, 2019.

Gregory F. Van Tatenhove
United States District Judge